# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RAYMOND TYRONE DAVIS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80454 **FILED**<br><br>FEB 2 1 2020<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |
| RAYMOND TYRONE DAVIS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80455 |
| RAYMOND TYRONE DAVIS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80456 ✓ |
| RAYMOND TYRONE DAVIS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80569 |

## ORDER DISMISSING APPEALS

These are pro se appeals from pretrial orders denying an "order of retrial"; denying defendant's request for self-representation; denying a motion to recuse; and denying a motion to dismiss under *Doggett v. United*

SUPREME COURT
OF
NEVADA

(O) 1947A

20-07145

*States.* Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

This court's review of these appeals reveals jurisdictional defects. Specifically, no statute or court rule permits an appeal from orders denying the aforementioned motions. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                                              Cadish

cc:   Hon. Jacqueline M. Bluth, District Judge
      Mueller & Associates
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk